IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTOPHER ALAN LOVE.

CRIMINAL ACTION FILE
NO. 4:16-CR-011-01-HLM-WEJ

ORDER

This case is before the Court on the Report and Recommendation on Plea of Guilty issued by United States Magistrate Judge Walter E. Johnson [40].

On April 12, 2016, a federal grand jury sitting in the Northern District of Georgia returned an indictment against Defendant and a co-defendant. (Indictment (Docket Entry No. 1).) Count one of the indictment charged Defendant and his co-defendant with knowingly using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using a computer shipped or transported in interstate commerce, in violation of 18 U.S.C. §§

AO 72A
(Rev.8/8 2)

2251(a) and (e). (Id. at 1.) Count two of the indictment charged Defendant and his co-defendant, aided and abetted by one another, with knowingly using, persuading, inducing, enticing, and coercing a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using a cellular telephone shipped or transported in interstate commerce, in violation of 18 U.S.C. § 2 and 18 U.S.C. §§ 2251(a) and (e). (Id. at 1-2.) Count three of the indictment charged Defendant and his co-defendant with knowingly possessing at least one computer and computer storage device that contained at least one visual depiction of a minor engaged in sexually explicit conduct, with the depiction having been produced using a minor engaged in sexually explicit conduct, involving at least one prepubescent minor and at least one minor who had not attained twelve years of age, and having been shipped and transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2 and 18 U.S.C. §§

AO 72A
(Rev.8/8
2)

2252(a)(4)(B) and (b)(2). (Id. at 2.) The indictment also contained a forfeiture provision. (Id. at 2-4.)

On October 4, 2016, Defendant filed a Consent to Tender Plea Before U.S. Magistrate Judge. (Consent to Tender Plea (Docket Entry No. 38).) On that same day, Defendant entered a plea of guilty as to count two of the indictment before Judge Johnson. (Minute Entry (Docket Entry No. 37); Plea Agreement (Docket Entry No. 38).)

On October 4, 2016, Judge Johnson issued his Report and Recommendation. (Report & Recommendation (Docket Entry No. 40).) Judge Johnson's Report and Recommendation states, in relevant part:

> The defendant, by consent, has appeared before me and entered a plea of guilty as to Count 2 of the Indictment [1]. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Fed. R. Crim. Pro. 11, I **REPORT** that the guilty plea was knowing and voluntary, and that the each offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I, therefore, **RECOMMEND** that the plea of

guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

(Id. at 1 (capitalization and emphasis in original).)

As of the date of this Order, neither Defendant nor the Government has filed an Objection to the Report and Recommendation. The time period for filing Objections has expired, and the Court therefore finds that this matter is ripe for resolution.

Based on the Court's review of the Report and Recommendation and the record in the case, the Court finds that Defendant's plea of guilty was knowingly and voluntarily made, and that Defendant's plea to the offense charged was supported by an independent basis in fact establishing each of the essential elements of that offense. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Court **ADOPTS** the Report and Recommendation [40] and makes it the Order of this Court. Defendant's plea of guilty to count 2 of the indictment is hereby

accepted, and Defendant is hereby adjudged guilty of said offense. Defendant's sentencing hearing is scheduled for Friday, December 16, 2016, at 1:30 p.m., in Room 300 of the United States Courthouse, 600 East First Street, Rome, Georgia.

IT IS SO ORDERED, this the 27 day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)